| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Dariusz Dzietczyk<br><br><br><br>Debtor(s) | Case No. 21-14420 / MBK<br><br>Hearing Date: September 8, 2021  10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document (s):**

**A current market analysis  - for 4 Main Street, Suite 1, Helmetta, NJ and 42 -44 Main Street, South River, NJ**

**The debtor has failed to supply proof of Social Security Number to the Trustee.**

**- Need documentation showing cash value of wife's whole life policy.**
**- Transfer of vacant lot in the Poconos on 5/7/2021.  Sale price was $57,500 and net proceeds to debtor and spouse in the amount of $52,452.08 - need closing information on this transaction**
**- Trustee to receive any non exempt proceeds from the sale of 8 Wilson Way and 10 Wilson Way.**
**- The confirming order on the 100% plan should preserve a threshold of $1,107,000.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

       /s/   Albert Russo
       Albert Russo
       Standing Chapter 13 Trustee
       by: David Martin, Staff Attorney