| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>ZCH5587<br>bankruptcy@fskslaw.com | **Order Filed on October 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DARIUSZ DZIETCZYK aka<br>DERRICK DZIETCZYK<br><br>Debtor(s). | Case No.: 21-14420 MBK<br><br>Adv. No.:<br><br>Hearing Date: October 13, 2021<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: October 29, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor(s): DARIUSZ DZIETCZYK aka DERRICK DZIETCZYK
Case No: 21-14420 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as to certain real property known as <u>55 AVE G, MONROE TOWNSHIP, NJ 08831</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1.  The arrearage claim of Secured Creditor shall be allowed and paid *outside* the Chapter 13 plan within 90 days from the date of the Order Confirming Plan.

2.  The Debtor(s) do not waive the right to file an objection to the proof of claim pursuant to D.N.J. LBR 3007-1.

3.  The Debtor(s) shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

4.  The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

5.  This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

**(Page 3)**
Debtor(s): DARIUSZ DZIETCZYK aka DERRICK DZIETCZYK
Case No: 21-14420 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**
_____

6.  The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.